UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JOEL ROSS, ERIC LEVINE and
JERDE DEVELOPMENT COMPANY,   :

           Plaintiff,   :

      - against -   :
STANLEY E. THOMAS and S.
THOMAS ENTERPRISES OF
SACRAMENTO, LLC   :

           Defendant(s).   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/09

**SCHEDULING ORDER**

09 Civ. 5631 (SAS)
Conference Date:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)     the date of the conference and the appearances for the parties;
*July 23, 2009; Toshjian & Padian for Plaintiffs; Galldon & Spielvogel for Defendants*

(2)     a concise statement of the issues as they then appear;
*Plaintiffs allege Defendants breached the operating agreement of S. Thomas Enterprises of Sacramento, LLC and personal guaranty.*

(3)     a schedule including:
*Initial Disclosures - August 14*

    (a) the names of persons to be deposed and a schedule of planned depositions; *Oct - Feb. 14*
*To be determined - close of discovery Feb. 14, 2010*

    (b) a schedule for the production of documents; *Doc Requests by 8/31; Responses 9/30*
*Pursuant to Federal Rules of Civil Procedure - close of discovery Feb. 14, 2010*

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and *February 28, 2010*
(ii) each expert's deposition will be completed; *March 15, 2010*

    (d) time when discovery is to be completed;
*February 14, 2010*

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

March 31, 2010

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

April 10, 2010

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

Feb 25, 2010 at 4:30

(leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

None

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

None

(6) anticipated fields of expert testimony, if any;

None

(7) anticipated length of trial and whether to court or jury;

5 days

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

Tashjian + Padian, 15 W. 36th St., 15th Fl.
Gerald Padian    New York, NY
Bradley M. Rank  (212) 319-9800

SO ORDERED:

SHIRA A. SCHEINDLIN
U.S.D.J.
7/23/09

GALLION & SPIELVOGEL LLP
75 Rockefeller Plaza 18th Fl
NY NY 10019
212.710.5160

EDWARD R. GALLION
STEVEN SPIELVOGEL